

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East, 7th Floor*

*Brooklyn, New York 11201*

July 8, 2010

ORIGINAL FILED BY ECF;
COURTESY COPY BY INTEROFFICE MAIL

Honorable Carol B. Amon
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

  RE:  Yasser Helal, et al. v. Janet Napolitano, et al.
       Civil Action No. CV-10-1254 (Amon, J.)

Dear Judge Amon:

  The defendants respectfully request that this action be dismissed as moot.  Plaintiff Yasser Helal ("Helal") seeks from this Court an order which would compel United States Citizenship and Immigration Services ("CIS") to take action on his application for naturalization.  See Complaint at ¶¶ 11-12 and p. 4 (prayer for relief).  CIS interviewed Helal on June 15, 2010, and issued a decision denying his application on June 29, 2010.  See Decision, dated June 29, 2010, annexed hereto.  Accordingly, CIS has completed its processing of Helal's application, and this action challenging CIS's purported inaction should be dismissed as moot.

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              United States Attorney
                              Eastern District of New York
                              271 Cadman Plaza East
                              7th Floor

                         By:  /s/ {electronically filed}
                              MARGARET M. KOLBE
                              Assistant U.S. Attorney
                              (718) 254-6039

cc:  Yasser Helal, Esq.
     Plaintiff *pro se*
     476 Bay Ridge Avenue, #2
     Brooklyn, NY  11220

[Handwritten annotation:] Since plaintiff has not objected to this application, the complaint is dismissed as moot.
So Ordered.
S/Judge Amon
8/18/10